[No. 30677-1-III. Division Three. September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS GENE GANSKE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-01264-1, Craig J. Matheson, J., entered February 8, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 30984-3-III. Division Three. September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ALLEN RUTHERFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00265-6, Donald W. Schacht, J., entered June 4, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 30860-0-III. Division Three. September 26, 2013.]

THE STATE OF WASHINGTON, *Petitioner*, v. MICHAEL CRONIN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03029-7, Jerome J. Leveque, J., entered April 27, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 30866-9-III. Division Three. September 26, 2013.]

*In the Matter of the Marriage of* TOBIAS LYNN, *Appellant*, and AMANDA LYNN, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-3-00216-1, Allen Nielson, J., entered May 8, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.